IN THE UNITED STATES DISTRIC COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| STEVEN L. MASON, | ) | |
|---|---|---|
| Petitioner, | ) | NO. 1:04-00112 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| STATE OF TENNESSEE, | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** a Certificate of Appealability under 28 U.S.C.§ 2253(c) at to Petitioner's exhausted claims.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 28th day of January, 2011.

William J. Haynes, Jr.
United States District Judge